UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MOHAMMAD YOUSEF HASNA,
a/k/a "Orhan Korkmaz,"
a/k/a "Abu Al-Bara'a,"

Defendant.

**INDICTMENT**

26 Cr. ___

26 CRIM 377.

**OVERVIEW**

1. MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, a former resident of Turkey, is a longtime supporter and member of Hamas, a designated foreign terrorist organization ("FTO"). HASNA was also a senior officer at a purported global humanitarian organization (the "Sham Charity"), where HASNA exploited his leadership position and the Sham Charity's outwardly humanitarian aims to raise funds for Hamas and to procure and transport commodities and materials to the Gaza Strip for Hamas. In Gaza, HASNA turned funds and materials over to Hamas leaders or distributed them at the direction of Hamas leaders, with whom he extensively and directly coordinated.

2. MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, is a member of the al-Qassam Brigades, Hamas's military wing—specifically, the al-Qassam Gaza Brigade, Combat Support Services Battalion. HASNA was recruited to Hamas in or about July 2003 and has since held several positions within the al-Qassam Brigades, including Platoon Commander and Brigade Trainer – Signal Corps. Since at least in or about July 2019, HASNA's military rank in the al-Qassam Brigades has been Deputy Company Leader.

3. MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, has publicly expressed his support for Hamas; for example, he has posted on one of his personal social media accounts images and messages glorifying terrorists in the al-Qassam Brigades, including images and messages glorifying al-Qassam Brigades fighters who were killed in connection with their terrorist activity.

4. MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, repeatedly coordinated the delivery of supplies, food, and other items under the guise of humanitarian aid from the Sham Charity directly into Hamas's hands in Gaza. For example, HASNA coordinated with Hamas Politburo member Ghazi Hamad,[1] who controls the Gaza Ministry of Social Development ("MoSD"), to arrange deliveries of cash to Hamad. HASNA also coordinated the full supply-chain of certain goods for Hamas: the procurement of supplies for import into Gaza; the transport of those supplies into Gaza by truck from Egypt and elsewhere; the delivery of those supplies to warehouses controlled by the Sham Charity or by MoSD, at Hamad's instruction; and the distribution of those supplies to lists of recipients identified by Hamad. HASNA concealed where the supplies were being delivered or stored, including by misrepresenting that supplies were being delivered to MoSD when in fact they were being

[1] On or about November 19, 2024, the U.S. Department of State designated Hamad as a Specially Designated Global Terrorist ("SDGT") under Executive Order 13224. In announcing Hamad's designation, the Department of State noted that Hamad "is a long-time Gaza-based Hamas leader who served as the editor of Hamas propaganda outlets and is authorized to speak publicly on behalf of Hamas. In addition to these public facing and propaganda roles, Hamad previously served as a Hamas senior official overseeing border crossings at Gaza. While these border crossings were one of the primary ways Hamas smuggled weapons into Gaza, these crossings were also used to smuggle the construction equipment and materials Hamas needed to build an extensive tunnel network they intentionally interspersed among Palestinian civilians." *See* https://home.treasury.gov/news/press-releases/jy2720.

delivered to warehouses controlled by HASNA; having supplies delivered initially to MoSD but then redistributed to the actual receiving parties; and taking pictures and videos of the supplies that omitted any signage inside the warehouses that would reveal their location or control. Throughout, HASNA misappropriated purported charitable aid to benefit Hamas.

**HAMAS**

5. "Harakat al-Muqawamah al-Islamiyya," commonly known as Hamas, was founded in 1987 by Sheikh Ahmed Yassin as an outgrowth of the Palestinian branch of the Muslim Brotherhood. Hamas, which is sometimes referred to by its followers as "The Movement" or "The Resistance," is a terrorist organization based principally in the Gaza Strip and Palestinian West Bank territories. In June 2007, Hamas staged a military takeover of the Gaza Strip and, following intense fighting with the Palestinian Authority, took complete control of the region. Accordingly, since 2007, Hamas has exercised *de facto* control of Gaza, and any "government" agencies in Gaza are part of Hamas.

6. Hamas carries out terrorist attacks and armed conflict through the al-Qassam Brigades, its military wing. The al-Qassam Brigades conduct suicide bombings and other terrorist attacks within Israel, Gaza, and the West Bank, and have done so for decades. These attacks have included large-scale bombings against Israeli civilian targets, small-arms attacks, improvised roadside explosives, and rocket attacks. The al-Qassam Brigades frequently target civilians and have killed and injured thousands of individuals, including U.S. citizens.

7. Hamas has long abused the trust of the international community and public support for legitimate humanitarian causes to fund their terrorist activities and commit acts of violence by raising funds through nonprofit organizations or charities. In some instances, foreign entities purportedly acting as charities, but in fact coordinating with or controlled by Hamas, raise

funds and obtain aid and development grants from non-governmental organizations and governments. Funds are then siphoned to Hamas in various ways, including with the formal recipient of the foreign-based charity acting as a middleman and re-directing funds to Hamas. In other instances, the funds are delivered to a local Gaza aid organization that is in fact an arm of Hamas. Funds sent through purported charitable and non-governmental organizations reach Hamas through various methods, including *hawala*, an informal money transfer network mediated by brokers across different countries, as well as traditional banking and cryptocurrency. This allows Hamas to exploit the sympathy and generosity of the international public at the expense of the Palestinian people, and to cloak its terror finance activities in the guise of humanitarian aid.

8. On October 7, 2023, Hamas committed its most violent, large-scale terrorist attack to date (the "October 7 Hamas Massacres"). In the early morning hours of October 7, 2023, Hamas sent more than 2,000 armed fighters into farms and towns in southern Israel, where they carried out the massacres of over a thousand people and the kidnappings of more than 200 others. Hamas terrorists attacked civilians, firing handguns, assault rifles, and handheld rocket launchers, in small residential communities; an Israeli town; and a music festival; among other places.

9. Up to the present, Hamas and its leaders have continued to espouse the destruction of Israel as Hamas's core purpose, and the use of murder and other acts of violent terrorism against Israelis and those who support Israel, including Americans, as its principal means of accomplishing that objective. As a central component of that mission, Hamas leaders, including Hamad, have specifically called for retaliation against the United States in response to U.S. support of Israel's existence. For example:

a. In the wake of the October 7 Hamas Massacres, on or about October 24, 2023, Hamad spoke on a Lebanon broadcast, in which he stated, among other things, "We must teach Israel a lesson, and we will do this [referring to the October 7 Hamas Massacres] again and again. The Al-Aqsa Flood is just the first time, and there will be a second, a third, a fourth" such attack.[2] Hamad further proclaimed, "we are a nation of martyrs, and we are proud to sacrifice martyrs," meaning Hamas and its leaders are willing to send members of the terrorist group and other Palestinians to die in Hamas's pursuit of destroying the State of Israel. When asked if there must be "the annihilation of Israel," Hamad responded, "Yes, of course."

b. On or about October 28, 2023, Hamas released a recording of a portion of a press conference held in Lebanon by Hamad. Hamad specifically addressed the United States's support for Israel, stating: "the U.S. Administration and the Western countries supporting the aggression are full partners with the occupation in the genocidal war and the cascade of blood that flows from defenseless civilians. This blood will be a curse and a volcano of fury from the masses of our Ummah [*i.e.*, the Muslim community] and the free people of the world against these killers."

c. On or about August 2, 2025, in an interview broadcast on Al Jazeera, Hamad again defended the October 7 Hamas Massacres, and made clear that Hamas—that "we, as Palestinians"—"will not surrender our weapons. . . . . Not even a blank round."

d. On or about August 3, 2026, in an interview broadcast on the internet, Hamad described the October 7 Hamas Massacres as "justified." When asked about the implementation of the Board of Peace and the reported deal for the total disarmament of Hamas

[2] The Al-Aqsa Flood is the operation name given by Hamas to the October 7 Hamas Massacres.

and other armed groups in Gaza and the withdrawal of Israeli forces from the territory, Hamad said: "This is an exceptional phase in Palestinian history. Because of the forced necessity, because of the, the hard circumstances in Gaza, we accept this agreement. But I think that as Hamas, I can confirm that we didn't change our . . . mentality, our goal to end occupation, to continue to end occupation with the Palestinian factions, because this is our holy mission." Hamad then said he did not believe Israel would "fulfill its commitments," and that "Hamas will continue with the Palestinian factions, all of them, in order to fight against occupation until [they] reach the end of this occupation and freedom for our people."

**The Designation of Hamas as a Terrorist Organization Since 1997**

10. On October 8, 1997, the U.S. Secretary of State designated Hamas as an FTO under Section 219 of the Immigration and Nationality Act. The Secretary of State has also listed the following aliases for Hamas: Islamic Resistance Movement, Harakat al Muqawma al-Islamiya, Students of Ayyash, Students of the Engineer, Yahya Ayyash Units, Izz Al-Din Al-Qassim Brigades, Izz Al-Din Al-Qassim Forces, Izz Al-Din Al Qassim Battalions, Izz al-Din Al Qassam Brigades, Izz al-Din Al Qassam Forces, and Izz al-Din Al Qassam Battalions. Hamas was one of the original FTOs designated as part of the Secretary of State's first exercise of authority under the Immigration and Nationality Act, and, to date, Hamas remains a designated FTO.

11. On October 31, 2001, the U.S. Secretary of State also designated Hamas as an SDGT under Executive Order 13224.

12. On March 18, 2010, OFAC designated Al-Aqsa TV as an SDGT under Executive Order 13224, describing it as "a primary Hamas media outlet" that "airs programs and

music videos designed to recruit children to become Hamas armed fighters and suicide bombers upon reaching adulthood."

## STATUTORY ALLEGATIONS

### COUNT ONE
**(Conspiracy to Provide Material Support to a Foreign Terrorist Organization)**

The Grand Jury charges:

13. The allegations contained in paragraphs 1 through 12 of this Indictment are repeated and realleged as if fully set forth herein.

14. From at least in or about 2014, up to and including the date of the filing of this Indictment, in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly and intentionally combined, conspired, confederated, and agreed together and with each other to provide "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), to a foreign terrorist organization, namely, Hamas, which was designated by the U.S. Secretary of State as a foreign terrorist organization on or about October 8, 1997, pursuant to Section 219 of the Immigration and Nationality Act, and is currently designated as such as of the date of the filing of this Indictment.

15. It was a part and an object of the conspiracy that MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, and others known and unknown, would and did knowingly provide Hamas with material support and resources, including property, services, facilities, personnel (including themselves), and transportation, knowing that

Hamas was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that Hamas engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the Immigration and Nationality Act), and that Hamas engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989), in violation of Title 18, United States Code, Section 2339B.

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(C), (d)(1)(E), and (d)(1)(F), 2, and 3238.)

**COUNT TWO**
**(Provision of Material Support to a Foreign Terrorist Organization)**

The Grand Jury further charges:

16. The allegations contained in paragraphs 1 through 12 of this Indictment are repeated and realleged as if fully set forth herein.

17. From at least in or about 2014, up to and including the date of the filing of this Indictment, in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, who is expected to be first brought to and arrested in the Southern District of New York, did knowingly and intentionally provide, and attempt to provide, "material support or resources," as that term is defined in Title 18, United States Code, Section 2339A(b)(1), including any property or service, to a foreign terrorist organization, namely, Hamas, which was designated by the U.S. Secretary of State as a foreign terrorist organization on or about October 8, 1997, pursuant to Section 219 of the Immigration and Nationality Act, and is currently designated as such as of the date of the filing of this Indictment, knowing that Hamas was a designated terrorist organization (as defined in Title 18, United States Code, Section 2339B(g)(6)), that Hamas engages and has engaged in terrorist activity (as defined in Section 212(a)(3)(B) of the

Immigration and Nationality Act), and that Hamas engages and has engaged in terrorism (as defined in Section 140(d)(2) of the Foreign Relations Authorization Act, Fiscal Years 1988 and 1989).

(Title 18, United States Code, Sections 2339B(a)(1), (d)(1)(C), (d)(1)(E), and (d)(1)(F), and 3238.)

## COUNT THREE
## (Conspiracy to Finance Terrorism)

The Grand Jury further charges:

18. The allegations contained in paragraphs 1 through 12 of this Indictment are repeated and realleged as if fully set forth herein.

19. From at least in or about 2014, up to and including the date of the filing of this Indictment, in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, and others known and unknown, at least one of whom is expected to be first brought to and arrested in the Southern District of New York, knowingly and willfully combined, conspired, confederated, and agreed together and with each other to provide and collect funds, directly and indirectly, with the intention and the knowledge that they were to be used, in full or in part, to carry out a terrorist act, to wit, any act intended to cause death and serious bodily injury to a civilian, and to any other person not taking an active part in hostilities in a situation of armed conflict, the purpose of which, by its nature and context, was to intimidate a population, and to compel a government to do and to abstain from doing any act, and where the object of such

offense was directed toward and resulted in attempted terrorist attacks against nationals of the United States and any person or property within the United States.

(Title 18, United States Code, Sections 2339C(a)(1)(B), (a)(2), and (b)(2)(C)(iii), and 3238.)

**COUNT FOUR**
**(Financing Terrorism)**

The Grand Jury further charges:

20. The allegations contained in paragraphs 1 through 12 of this Indictment are repeated and realleged as if fully set forth herein.

21. From at least on or about 2014, up to and including the date of the filing of this Indictment, in an offense begun and committed out of the jurisdiction of any particular State or district of the United States, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, who is expected to be first brought to and arrested in the Southern District of New York, did unlawfully and willfully provide and collect funds, by any means, directly and indirectly, and attempt to do so, with the intention and the knowledge that such funds were to be used, in full or in part, to carry out a terrorist act, to wit, any act intended to cause death and serious bodily injury to a civilian, and to any other person not taking an active part in hostilities in a situation of armed conflict, the purpose of which, by its nature and context, was to intimidate a population, and to compel a government to do and to abstain from doing any act, and where the object of such offense was directed toward and resulted in attempted terrorist attacks against nationals of the United States and any person or property within the United States.

(Title 18, United States Code, Sections 2339C(a)(1)(B), (a)(2), and (b)(2)(C)(ii), (iii), 2, and 3238.)

## FORFEITURE ALLEGATIONS

22. As a result of committing the terrorism offenses alleged in Counts One and Two of this Indictment, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 981(a)(1)(G) and 2332b(g)(5), and Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to the commission of said offenses; any and all assets, foreign and domestic, of the defendant; any and all assets, foreign and domestic, affording the defendant a source of influence over any entity or organization engaged in planning or perpetrating said offenses; any and all assets, foreign and domestic, acquired or maintained with the intent and for the purpose of supporting, planning, conducting or concealing said offenses; any and all assets, foreign and domestic, derived from, involved in, or used or intended to be used to commit said offenses, including but not limited to a sum of money in United States currency representing the total amount of proceeds traceable to the commission of the offenses and/or the defendant's assets.

23. As a result of committing the material support and terror financing offenses alleged in Counts Three and Four of this Indictment, MOHAMMAD YOUSEF HASNA, a/k/a "Orhan Korkmaz," a/k/a "Abu Al-Bara'a," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and Title 28, United States Code, Section 2461, any and all property, real and personal, which constitutes and is derived from proceeds traceable to said offenses, including but not limited to a sum of money in United States currency representing the total amount of proceeds obtained as a result of the offenses.

**Substitute Assets Provision**

24. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a) cannot be located upon the exercise of due diligence;

b) has been transferred or sold to, or deposited with, a third person;

c) has been placed beyond the jurisdiction of the court;

d) has been substantially diminished in value; or

e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 18, United States Code, Section 2332b(g)(5);
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461(c).)

[redacted] 8/25/26
Foreperson

James M. McDonald
JAMES M. MCDONALD
United States Attorney